DANIEL G. KNAUSS
United States Attorney
District of Arizona
ERIC J. MARKOVICH
Assistant United States Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Eric.Markovich@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Mart Elliott McAdams,<br>Lisa Michelle Knight,<br>Kevin Nordahl Rude,<br><br>Defendants. | **SUPERSEDING<br>I N D I C T M E N T**<br>CR 07-0340-TUC-JMR(CRP)<br><br>Violation:<br><br>18 U.S.C. § 371<br>18 U.S.C. § 1708<br><br>(Conspiracy to Commit Theft or<br>Receipt of Stolen Mail Matter; Theft<br>or Receipt of Stolen Mail Matter) |

THE GRAND JURY CHARGES:

### Count 1

That beginning on an unknown date and continuing until on or about December 8, 2006, at or near Tucson, in the District of Arizona, Mart Elliott McAdams, Lisa Michelle Knight, and Kevin Nordahl Rude, named herein as co-defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together, and with each other and with persons known and unknown to the grand jury, to commit an offense against the United States and any agency thereof, that is, theft or receipt of stolen mail matter, in violation of Title 18, United Sates Code, Section 1708.

//

## OBJECT AND MEANS

It was an object of the conspiracy that one or more of the co-conspirators would steal, take, abstract, and by fraud and deception obtain, and attempt to obtain, from and out of any letter box, post office, or station thereof, mail receptacle, mail route or carrier, which was an authorized depository for mail matter, any letter, postal card, package, bag or mail, or any article or thing contained therein, and would secrete, embezzle and destroy any such letter, postal card, package, bag, or mail, and any article or thing contained therein; and

It was further the object of the conspiracy that one or more of the co-conspirators would steal, take, abstract, and by fraud and deception obtain any letter, postal card, package, bag, or mail, or any article or thing contained therein, which had been left for collection upon and adjacent to a collection box, and other authorized depository of mail matter; and

It was further an object of the conspiracy that one or more of the co-conspirators would buy, receive, and conceal, and unlawfully have in their possession, any letter, postal card, package, bag, or mail, or any article or thing contained therein, which had been so stolen, taken embezzled, and abstracted as described above, knowing the same to have been stolen, taken, embezzled, and abstracted; in violation of Title 18, United States Code, Section 1708.

## OVERT ACTS

In furtherance of the conspiracy, one or more of the co-conspirators committed overt acts as described in Counts 2 and 3 of this Indictment.

All in violation of Title 18, United States Code, Section 371.

### Count 2

That on or about November 22, 2006 at or near Tucson, in the District of Arizona, the defendants, Mart Elliott McAdams, Lisa Michelle Knight, and Kevin Nordahl Rude, did buy and receive and unlawfully have in their possession, a letter, postal card, package, bag, or mail, or any article or thing contained therein, that is:

United States vs. McAdams, et. al.
Indictment Page 2

    1. A personal check, number 1476, drawn on the Vantage West Credit Union checking account of Michael James and Kristi Ann Wintrode, dated November 22, 2006, made payable to Schwans, in the amount of $349.83; and

    2. A personal check, number 1515, drawn on the Vantage West Credit Union account of Michael James and Kristi Ann Wintrode, dated November 26, 2006, made payable to CVS Pharmacy, in the amount of $16.00; and

    3. A personal check, number 1477, drawn on the Vantage West Credit Union account of Michael James and Kristi Ann Wintrode, dated November 22, 2006, made payable to Nick, in the amount of $50.00;

all of which had been stolen, taken, embezzled, or abstracted from a letter box, post office, or station thereof, mail receptacle, mail route or carrier, which was an authorized depository for mail matter, knowing said mail matter to have been stolen, taken, embezzled, or abstracted, in violation of Title 18, United States Code, Section 1708;

### Count 3

That on or about December 8, 2006, at or near Tucson, in the District of Arizona, the defendants, Mart Elliott McAdams, Lisa Michelle Knight, and Kevin Nordahl Rude, did buy and receive and unlawfully have in their possession, a letter, postal card, package, bag, or mail, or any article or thing contained therein, that is:

    1. a check book beginning with check number 1536, drawn on the Vantage West Credit Union checking account of Michael James and Kristi Ann Wintrode;

    2. a Capital One courtesy check number 11900, drawn on the Capital One account of Lynda R. Owens; and

    3. a Chase Bank financial correspondence addressed to John A. Beasley, Tucson, AZ;

all of which were stolen, taken, embezzled, or abstracted from a letter box, post office, or station thereof, mail receptacle, mail route or carrier, which was an authorized depository for

///
///
///
///

United States vs. McAdams, et. al.
Indictment Page 3

mail matter, knowing said mail matter to have been stolen, taken, embezzled, or abstracted, in violation of Title 18, United States Code, Section 1708.

A TRUE BILL

Presiding Juror [REDACTED FOR PUBLIC DISCLOSURE]

APR 2 5 2007

DANIEL G. KNAUSS
United States Attorney
District of Arizona

Eric J. Markovich
Assistant U.S. Attorney

United States vs. McAdams, et. al.
Indictment Page 4